IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION

**EMILY SPEIRS and M.S., a Minor, by**            **PLAINTIFFS**
**EMILY SPEIRS, her Mother and Next**
**Friend, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.            No. 8:21-cv-298

**MOUTH OF THE SOUTH; CBD, LLC,**            **DEFENDANTS**
**CUTCHALL MANAGEMENT COMPANY, INC.,**
**and RYAN D. ERNST**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SEPARATE PLAINTIFF M.S.

The Parties, by and through their undersigned counsel, for their Joint Stipulation of Dismissal with Prejudice hereby state and allege as follows:

1. Plaintiff brought this action against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

2. Defendants tendered an offer of Judgment to Separate Plaintiff Emily Speirs that will resolve all claims pending in this lawsuit; Plaintiff has accepted the offer of judgment and will file a notice of same.

3. Because the offer of judgment to Plaintiff Speirs also resolves the claims of Ms. Speirs' minor daughter, Separate Plaintiff M.S., the Parties file this stipulation of dismissal with prejudice as to Separate Plaintiff M.S. pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 3
Emily Speirs, et al. v. Mouth of the South; CBD, LLC, et al.
U.S.D.C. (D. Neb.) No. 8:21-cv-298
Joint Stipulation of Dismissal as to Separate Plaintiff M.S.

4.   The Parties hereby stipulate to the dismissal with prejudice of Separate Plaintiff M.S.

Respectfully submitted,

**EMILY SPEIRS and M.S., by and through her Mother and Next Friend, EMILY SPEIRS, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**MOUTH OF THE SOUTH; CBD, LLC, CUTCHALL MANAGEMENT COMPANY, INC., and RYAN D. ERNST, DEFENDANTS**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303 (Facsimile)
patrick.hulla@ogletree.com
darin.shreves@ogletree.com

*/s/ Patrick F. Hulla*
Patrick F. Hulla
admitted *pro hac vice*

Page 2 of 3
Emily Speirs, et al. v. Mouth of the South; CBD, LLC, et al.
U.S.D.C. (D. Neb.) No. 8:21-cv-298
Joint Stipulation of Dismissal as to Separate Plaintiff M.S.

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Kerri S. Reisdorff, Esq.
Patrick F. Hulla, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303 (Facsimile)
kerri.reisdorff@ogletree.com
patrick.hulla@ogletree.com
Attorneys for Defendants

                                                               */s/ Josh Sanford*
                                                               **Josh Sanford**

Page 3 of 3
Emily Speirs, et al. v. Mouth of the South; CBD, LLC, et al.
U.S.D.C. (D. Neb.) No. 8:21-cv-298
Joint Stipulation of Dismissal as to Separate Plaintiff M.S.