## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

EMILY SPEIRS, Each Individually and on
Behalf of All Others Similarly Situated; and
M.S., a Minor, by Emily Spiers, her Mother and
Next Friend, Each Individually and on Behalf of
All Others Similarly Situated;

**8:21CV298**

Plaintiffs,

vs.

**ORDER ON STIPULATION FOR
DISMISSAL**

MOUTH OF THE SOUTH; CBD, LLC;
CUTCHALL MANAGEMENT COMPANY,
INC.; and RYAN D. ERNST,

Defendants.

This case is before the Court on the parties' Joint Stipulation With Prejudice as to Separate Plaintiff M.S. Filing 40. The Joint Stipulation states that the Defendants have tendered an offer of judgment to separate plaintiff Emily Speirs that will resolve all claims in this lawsuit, including the claims of separate plaintiff M.S. The Stipulation is signed by counsel for plaintiffs and all defendants and jointly requests dismissal with prejudice of separate plaintiff M.S. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly,

IT IS ORDERED that pursuant to the parties' Joint Stipulation and Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice as to separate plaintiff M.S. Unless the parties agree or have agreed otherwise, each party shall pay its own costs and attorney fees.

Dated this 12th day of August, 2022.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge