IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMILY SPEIRS,<br><br>             Plaintiff,<br><br>   vs.<br><br>MOUTH OF THE SOUTH; CBD, LLC, CUTCHALL MANAGEMENT COMPANY, INC., and RYAN D. ERNST,<br><br>             Defendants. | 8:21CV298<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

      This case is before the Court on the parties' October 24, 2022, Joint Stipulation of Dismissal with Prejudice. Filing 44. The Stipulation is signed by both parties. It states that the parties have resolved the remaining issue of Plaintiff's claims for attorneys' fees and costs in this lawsuit, so a motion for attorneys' fees and costs is not forthcoming, and no further dispute remains in this case apart from performance as contemplated by the parties' agreement. The parties stipulate further that they believe their agreement is a fair, reasonable, and adequate compromise of a bona fide dispute. Thus, they stipulate to dismissal of this action with prejudice and with each party to bear its own fees and costs. Under District policy, such a dismissal requires an order of the Court. Accordingly,

      IT IS ORDERED that the parties' October 24, 2022, Joint Stipulation of Dismissal with Prejudice, Filing 44, is granted and pursuant to that Stipulation this action is dismissed with prejudice and with each party to bear its own fees and costs.

      Dated this 25th day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge